ANGELO LATERRA, Respondent, v. HARTFORD FIRE INSURANCE COMPANY, Appellant, and Others.— Judgment and order reversed on the law and facts, and new trial granted, with costs to the appellant to abide the event, on the ground that the proofs of loss are insufficient, and the question of waiver was not submitted to the jury. All concur.

ALEXANDER LAVINE, Respondent, v. UNITED PAPER BOARD COMPANY, Appellant.— Judgment reversed on the law and complaint dismissed, with costs. All concur.

CHARLES F. LIESKE, Appellant, v. HAZEL TUTTLE, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

PAULINE E. LIESKE, Appellant, v. HAZEL TUTTLE, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. ALFRED MACLENNAN, Respondent, v. GEORGE LAMPUS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

CARRIE B. MARTIN, Appellant, v. HENRY J. MARTIN, Respondent.-— Order unanimously affirmed.

In the Matter of the Application of FRANK P. KEENAN, Appellant, for a Peremptory Order of Mandamus, or Alternative Order, Directed to FREDERICK STUART GREENE, Superintendent of Public Works of the State of New York, and FRANK S. FLORENCE, Respondents.— Motion denied, with ten dollars costs.

In the Matter of the Judicial Settlement of the Account of Proceedings of the NATIONAL COMMERCIAL BANK AND TRUST COMPANY OF ALBANY, as Executor, etc., of WILLIAM J. NELLIS, Deceased, Respondent, v. ALFRED J. HANHURST, Appellant.— Decree unanimously affirmed, with costs.

In the Matter of the Application of EDWARD J. O'CONNELL, as Chairman of the Democratic General Committee of the County of Albany, Appellant, for a Summary Order to Be Issued against FELIX CORSCADDEN and Others, as and Constituting the Board of Elections of the County of Albany, Respondents. EDWARD EASTON, as Chairman of the Republican County Committee of the County of Albany; JOHN BOYD THACHER, 2ND; THE CITY OF ALBANY, and JOHN F. DONOVAN, as City Clerk of the City of Albany, Intervenors, Respondents.— Order unanimously affirmed as a matter of law and not in the exercise of discretion. Leave to appeal to the Court of Appeals granted.

In the Matter of the Application of ADELAIDE A. WIEDENBECK for a Peremptory Order of Mandamus against SULLIVAN W. JONES, State Architect of the State of New York.— Motion denied, with ten dollars costs.

JAMES McKAY, Appellant, v. WINFIELD BAKING COMPANY, INC., Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. LOUIS MICHAELS, Respondent, v. H. MOWERSON & SON and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

HARRY MILLER, Respondent, v. GUSSIE LEVINE, Appellant.— Motion granted, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. ANNA MINKOFF, Respondent, v. A. PRICE & SON and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.